David S. Wilson III, Esq. (Bar No. 174885)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: 949-862-4656
Facsimile: 949-862-4605
Email: dswilson@fedex.com

Colby S. Morgan, Esq. (*pro hac vice*)
**FEDERAL EXPRESS CORPORATION**
3620 Hacks Cross Rd., B-3
Memphis, Tennessee  38125
Telephone: 901-434-8545
Facsimile: 901-434-9278
Email: csmorgan@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION
LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| BARRY STRAWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | CASE NO. 1:10-cv-02254 OWW SKO<br><br>ASSIGNED TO THE HONORABLE JUDGE OLIVER W. WANGER<br>Court Room 3<br><br>**STIPULATION OF PARTIES TO EXTEND BRIEFING SCHEDULE**<br><br>Complaint Filed: December 6, 2010<br><br>Motion Hearing: August 29, 2011<br>Time:　　　　　10:00 a.m.<br>Court Room:　　3 |

Defendant FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN (FedEx) and Plaintiff BARRY STRAWN (Plaintiff) hereby submit the following Stipulation of Parties to Extend Briefing Schedule relating to Plaintiff's Motion for an Order that the Standard of Review in this Matter is De Novo

1
**STIPULATION OF PARTIES TO EXTEND BRIEFING SCHEDULE**

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1  and his Motion to Strike the Record Filed by Defendant and to Exclude the Untimely
2  Produced Amendment to Service Agreement:
3          WHEREAS Plaintiff noticed the motions to be heard August 15, 2011;
4          WHEREAS Defendant asked Plaintiff's counsel if he would agree to a
5  continuance of the hearing, and Plaintiff consented;
6          WHEREAS before Defendant formally sought the extension, it was
7  informed that the Court *sua sponte* was going to continue the hearing of the motions;
8          WHEREAS the Court issued a Minute Order on August 2, 2011 (Doc.
9  No. 17) continuing the hearing on the motions to August 29, 2011 but stating that the
10 briefing schedule would remain unchanged with replies due August 8, 2011;
11         WHEREAS Defendant had understood that its opposition briefs would be
12 due pursuant to Local Rule L.R. 230(c) fourteen days (14) prior to the continued
13 hearing, namely August 15, 2011 and not August 1, 2011;
14         IT IS HEREBY STIPULATED by and between the parties, through their
15 counsel of record, that the briefing schedule be modified so that Defendant's
16 Opposition briefs will be on August 15, 2011, fourteen (14) days before the continued
17 hearing, and that Plaintiff's replies will be due August 22, 2011, seven (7) days before
18 the continued hearing, subject to approval by the Court pursuant to L.R. 144(a).

                                    Respectfully submitted,

DATED: August 2, 2011               FEDERAL EXPRESS CORPORATION


                              By:   /s/ Colby S. Morgan
                                    COLBY S. MORGAN, ESQ.
                                    FEDERAL EXPRESS CORPORATION

                              By:   /s/ David S. Wilson, III
                                    DAVID S. WILSON, III, ESQ.
                                    FEDERAL EXPRESS CORPORATION

                                    Attorneys for Defendant
                                    Federal Express Corporation Long Term
                                    Disability Plan



**STIPULATION OF PARTIES TO EXTEND BRIEFING SCHEDULE**

1
2  DATED: August 2, 2011                BARRY STRAWN
3
4                                  By: /s/Russell G. Petti
5                                      Russell G. Petti
                                        Attorneys for Plaintiff
6                                       Barry Strawn
7
8
9
10
11
12
13
14
15
16
17
18
19
20  888897
21  IT IS SO ORDERED.
22      Dated:   **August 17, 2011**              **/s/ Oliver W. Wanger**
23                                          UNITED STATES DISTRICT JUDGE
24
25
26
27
28

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

3

**STIPULATION OF PARTIES TO EXTEND BRIEFING SCHEDULE**