David S. Wilson III, Esq. (Bar No. 174885)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: 949-862-4656
Facsimile: 949-862-4605
Email: dswilson@fedex.com

Colby S. Morgan, Esq. (*pro hac vice*)
FEDERAL EXPRESS CORPORATION
3625 Hacks Cross Road, B-3
Memphis, Tennessee 38125
Telephone: 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
Facsimile: 901-434-9278
Email: csmorgan@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BARRY STRAWN,<br><br>                Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>                Defendant. | CASE NO. 1:10-cv-02254 OOW (SKO)<br><br>ASSIGNED TO THE HONORABLE JUDGE OLIVER W. WANGER<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AND MOTION REGARDING STANDARD OF REVIEW**<br><br>Date: August 29, 2011<br>Time: 10:00 A.M.<br>Courtroom 3 |

On August 29, 2011, at 10:00 a.m. in Courtroom 3 of the above-captioned

Court, Plaintiff's motion to strike (Doc. 16) and motion regarding standard of review

1

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

**ORDER DENYING PLAINTIFF'S MOTION
TO STRIKE AND MOTION REGARDING STANDARD OF REVIEW**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(Doc. 15) came on for hearing before the Honorable Oliver W. Wanger, presiding.

Having considered the motions, Defendant's opposition to the motions, Plaintiff's reply, and argument of counsel, and for good cause shown, the Court rules as follows:

IT IS SO ORDERED that:

1.      Plaintiff's Motion to Strike is denied;

2.      Plaintiff's motion regarding the standard of review is denied without prejudice.

IT IS SO ORDERED.

Dated:    **September 8, 2011**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2

**ORDER DENYING PLAINTIFF'S MOTION
TO STRIKE AND MOTION REGARDING STANDARD OF REVIEW**