RUSSELL G. PETTI, State Bar No. 137160
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email:  Rpetti@petti-legal.com

Attorneys for Plaintiff Barry Strawn

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BARRY STRAWN,<br><br>    Plaintiff,<br><br>VS.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO: 1:10-cv-02254 SKO<br><br>STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE<br><br>For Consideration by the Honorable Sheila K. Oberto, United States Magistrate Judge<br><br>Current date:<br>Date:        October 28, 2011<br>Time:        10:30 a.m.<br>Court:       Courtroom of the Honorable Sheila K. Oberto<br><br>Requested date:<br>Date:        November 15, 2011<br>Time:        10:30 a.m.<br>Court:       Courtroom of the Honorable Sheila K. Oberto |

Plaintiff Barry Strawn and Defendant Federal Express Corporation Long Term Disability Plan ("LTD Plan") hereby stipulate, through their respective counsel of record, that the Settlement Conference currently set for October 28, 2011 at

///

///

1

**STIPULATION TO CONTINUE SETTLEMENT CONF.; Case No. 1:10-cv-02254 OOW (SKOx)**

10:30 a.m. before the Honorable Sheila K. Oberto, United States Magistrate Judge, be continued to November 15, 2011 at 10:30 a.m.

**It is So Stipulated**

Dated: October 24, 2011           Dated: October 24, 2011
RUSSELL G. PETTI                  COLBY S. MORGAN
The Law Offices of Russell G. Petti   Federal Express Corporation


By: */s/ Russell G. Petti*         By: */s/ Colby S. Morgan*
    Russell G. Petti                   Colby S. Morgan
Attorneys for Plaintiff Barry Strawn   Attorneys for Defendant
                                   Federal Express Inc. Long Term
                                   Disability Plan

**ORDER**

Based on the Stipulation of the Parties and for Good Cause Shown, it is Hereby Ordered that the Settlement Conference in this matter currently scheduled for October 28, 2011, at 10:30 a.m. is continued to **November 15, 2011**, at **10:00 a.m**.

IT IS SO ORDERED.

**Dated:    October 26, 2011            */s/ Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE**