1  RUSSELL G. PETTI, State Bar No. 137160
   THE LAW OFFICES OF RUSSELL G. PETTI
2  466 Foothill Blvd., # 389
   La Canada, California 91011
3  818 952-2168Telephone
   818 952-2186 Facsimile
4  Email:  Rpetti@petti-legal.com

5
   Attorneys for Plaintiff Barry Strawn
6

7

8
                    UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
                          FRESNO DIVISION
10

11 BARRY STRAWN,                      )   CASE NO: 1:10-cv-02254 SKO
                                      )
12                                    )   STIPULATION AND ORDER TO
               Plaintiff,             )   C O N T I N U E    S E T T L E M E N T
13                                    )   CONFERENCE
                                      )
14       VS.                          )   For Consideration by the Honorable
                                      )   Sheila K. Oberto, United States
15                                    )   Magistrate Judge
   FEDERAL EXPRESS                    )
16 CORPORATION LONG TERM              )   Current date:
   DISABILITY PLAN,                   )   Date:      October 28, 2011
17                                    )   Time:      10:30 a.m.
                                      )   Court:     Courtroom of the Honorable
18             Defendant.             )              Sheila K. Oberto
                                      )
19                                    )   Requested date:
                                      )   Date:      November 15, 2011
20                                    )   Time:      10:30 a.m.
                                      )   Court:     Courtroom of the
21 _____    )              Honorable Sheila K.
                                                     Oberto
22

23
       Plaintiff Barry Strawn and Defendant Federal Express Corporation Long Term
24
   Disability Plan ("LTD Plan") hereby stipulate, through their respective counsel of
25
   record, that the Settlement Conference currently set for October 28, 2011 at
26
   ///
27
   ///
28
                                        1
   **STIPULATION TO CONTINUE SETTLEMENT CONF.; Case No. 1:10-cv-02254 OOW (SKOx)**

10:30 a.m. before the Honorable Sheila K. Oberto, United States Magistrate Judge, be continued to November 15, 2011 at 10:30 a.m.

**It is So Stipulated**

Dated: October 24, 2011                           Dated: October 24, 2011

RUSSELL G. PETTI                                  COLBY S. MORGAN
The Law Offices of Russell G. Petti               Federal Express Corporation


By: */s/ Russell G. Petti*                        By: */s/ Colby S. Morgan*
    Russell G. Petti                                  Colby S. Morgan
    Attorneys for Plaintiff Barry Strawn              Attorneys for Defendant
                                                      Federal Express Inc. Long Term
                                                      Disability Plan

**ORDER**

Based on the Stipulation of the Parties and for Good Cause Shown, it is Hereby Ordered that the Settlement Conference in this matter currently scheduled for October 28, 2011, at 10:30 a.m. is continued to **November 15, 2011**, at **10:00 a.m**.

IT IS SO ORDERED.

**Dated:    October 26, 2011**              */s/ Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE SETTLEMENT CONF.; Case No. 1:10-cv-02254 OOW (SKOx)**