UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BARRY STRAWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | CASE NO. 1:10-cv-02254-AWI- SKO<br><br>**ORDER REGARDING SETTLEMENT PROCEEDS** |

　　　The Parties have settled this matter but have differences of opinion as to the characterization and interpretation of how the settlement proceeds should be distributed.

　　　As part of the settlement, Defendant shall pay to Plaintiff the gross amount of $50,000 without any withholding for any applicable taxes and shall issue a Form 1099 MISC. Pursuant to the parties' Memorandum of Understanding, the parties have agreed that any tax or tax implications arising out of the settlement shall be borne by Plaintiff and his counsel. Accordingly, Plaintiff shall be responsible for the payment of any and all applicable taxes.

IT IS SO ORDERED.

　　Dated:　**January 12, 2012**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1

**CONSENT PROTECTIVE ORDER**