UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY STRAWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION<br>LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | 1:10-CV-02254-AWI-SKO<br><br>**ORDER DISMISSING ACTION** |

　　Pursuant to the stipulation to dismiss entire action with prejudice filed April 9, 2012 pursuant to FRCvP 41,

　　IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:　  August 10, 2012  　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1